UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 23, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER MARK SOO HOO,

    Defendant.

Case No. 2:23-cr-00042-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release TYLER MARK SOO HOO, Case No. 2:23-cr-00042-KJM, Charge 18 U.S.C. § 3606, from custody for the following reasons:

__X__ Release on previously imposed supervise release conditions and admission to Willow Manor sober living residence.

_____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

__X__ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 23, 2024 at 2:30 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson